UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case Nos. |
| | ) | |
| DANNY ALFRED ADAMS, | ) | 1:96-CR-63-001 |
| THOR EINAR ANDREWS, | ) | 1:95-CR-108-001 |
| TOM AUSTIN, | ) | 1:94-CR-17-005 |
| ANTHONY R. BELK, | ) | 1:95-CR-64-001 |
| TERRANCE DANIEL BROWN, | ) | 1:96-CR-50-003 |
| MICHAEL CORREIA, | ) | 1:95-CR-107-001 |
| RODNEY SANDOR DASKO, | ) | 1:96-CR-64-004 |
| MICHAEL EUGENE DAVIS, | ) | 1:95-CR-108-002 |
| RICKY LEE GANN, | ) | 1:96-CR-64-005 |
| CHERYL P. HARGISS, | ) | 1:96-CR-63-002 |
| ROBERT HAZEL, | ) | 1:95-CR-107-002 |
| CRAIG WARREN HEAPS, | ) | 1:96-CR-50-001 |
| JADY HODGE, | ) | 1:96-CR-50-004 |
| JEFFREY JAMES HUTCHINSON, | ) | 1:95-CR-118-001 |
| MILES JONES, | ) | 1:95-CR-108-003 |
| CORY KOHLHOFF, | ) | 1:95-CR-108-004 |
| JEFFERY WARREN KREIDEL, | ) | 1:96-CR-50-002 |
| DONALD EUGENE MAHAN, JR., | ) | 1:96-CR-95-001 |
| WILLIAM HOWARD MAHAN, | ) | 1:96-CR-95-002 |
| LEWIS MANN, | ) | 1:95-CR-107-004 |
| STEPHEN CRAIG McCOY, | ) | 1:96-CR-064-003 |
| MATTHEW OCHOA, | ) | 1:96-CR-50-006 |
| DONALD McKAY OLSEN, III, | ) | 1:95-CR-53-001 |
| RACHEL PHILLIPS, | ) | 1:95-CR-107-005 |
| ROBERT REED, JR., | ) | 1:95-CR-108-005 |
| RICHARD SIMKINS, | ) | 1:96-CR-50-005 |
| LISA FRANCINE VALA, | ) | 1:95-CR-108-006 |
| | ) | |
| Defendants. | ) | Judge Edgar |

# ORDER

The United States government moves to substitute the Crime Victims Fund, 42 U.S.C. § 10601, as the victim in the above-captioned cases. The government further moves that all funds currently being held by the Clerk of Court which have been paid by the defendants as restitution, as well as future restitution payments, be disbursed and transferred to the Crime Victims Fund. The government does not cite any applicable federal statutes, case law, or legal precedent in support of its motion. On or before **October 17, 2008**, the government shall file a memorandum of law setting forth its legal arguments. The government shall provide citations to specific federal statutes and case law that the government contends give this Court post-judgment jurisdiction and authority to amend and modify the final judgments of conviction and orders of restitution to substitute the Crime Victims Fund as the "victim" that should receive the restitution payments.

SO ORDERED.

ENTER this the 2nd day of October, 2008.

    */s/ R. Allan Edgar*
    R. ALLAN EDGAR
    UNITED STATES DISTRICT JUDGE